DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANDRIE BONNEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2129

_____

December 27, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; William H. Burgess, III, Judge.

Dan Ripley of Ripley Whisenhunt, PLLC, Pinellas Park, for Appellant.


PER CURIAM.

   Affirmed.

NORTHCUTT, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.